839 A.2d 184

**WOODS SERVICES, INC., Appellee**

v.

**DEPARTMENT OF PUBLIC WELFARE, Appellant.**

Supreme Court of Pennsylvania.

Argued Dec. 2, 2003.

Decided Dec. 23, 2003.

Daniel M. Fellin, John A. Kane, Howard C. Ulan, Harrisburg, Leslie Ann Miller, Philadelphia, for Dept. of Public Welfare, appellant.

Thomas Coval, Willow Grove, for Wood Services Inc., appellee.

Before: CAPPY, C.J., and CASTILLE, NIGRO, NEWMAN, SAYLOR, EAKIN and LAMB, JJ.

### *ORDER*

PER CURIAM.

The Order of the Commonwealth Court is affirmed.